UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETER CRUZ, | ) |
| | ) |
| Petitioner, | ) No. EDCV 10-1345 JST (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| PAM AHLIN, et al., | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondents. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 3-18-11

**JOSEPHINE STATON TUCKER**
Josephine Staton Tucker
United States District Judge