UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETER CASEY CRUZ, | ) |
| Petitioner, | ) No. EDCV 10-1345-JST(AJW) |
| vs. | ) |
| PAM AHLIN, et al., | ) JUDGMENT |
| Respondents. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: <u>3-18-11</u>

                                          **JOSEPHINE STATON TUCKER**
                                          Josephine Staton Tucker
                                          United States District Judge